Liza M. Walsh
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068-1765
(973) 535-0500
lwalsh@connellfoley.com

Philip Jones (Illinois Bar Number 6217213)
BRINKS GILSON & LIONE
NBC Tower - Suite 3600
455  N. Cityfront Plaza Drive
Chicago, Illinois 60611
(312) 321-4200
pjones@brinksgilson.com

Attorneys for Plaintiff Konica Minolta Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KONICA MINOLTA, INC.,**<br><br>**PLAINTIFF,**<br><br>**V.**<br><br>**ICR Company d/b/a ICRCO, INC.,**<br><br>**DEFENDANT.** | **COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

For its Complaint against Defendant ICR Company d/b/a ICRCO, INC. ("ICRCO"), Plaintiff Konica Minolta Inc., ("KONICA MINOLTA") alleges as follows:

### JURISDICTION AND VENUE

1.      This action arises under the Lanham Act, 15 U.S.C. §§ 1051 et seq., and related state law claims as hereinafter more fully appear.  Jurisdiction is based upon 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338 and the doctrine of supplemental jurisdiction, 28 U.S.C. § 1367. Venue is proper in this district under 28 U.S.C. § 1391.  Konica Minolta demands a trial by jury in this case pursuant to Federal Rule of Civil Procedure 38.

1

## THE PARTIES

2.      Plaintiff KONICA MINOLTA is a Japanese corporation, with its principal place of business at 2-7-2, Marunouchi, Chiyoda-ku,Tokyo, 100-7015 Japan.  Products manufactured and sold by KONICA MINOLTA subsidiaries are for sale in this District.  KONICA MINOLTA is doing business in this District.

3.      Defendant ICRCO is a California corporation, with a principal place of business at 2580 2. 237th Street, Torrance, CA 90505. Upon information and belief, ICRCO sells its products throughout the United States, including this District.  ICRCO has previously filed with the New Jersey Secretary of State to do business in New Jersey.  ICRCO is doing business in this District.

## KONICA MINOLTA AND ITS AERODR MARK

4.      KONICA MINOLTA, through its medical imaging subsidiary, is one of the world's leading manufacturers and distributors of digital and traditional imaging products for medical diagnostic use.  KONICA MINOLTA's medical imaging products, including digital radiography systems, are used by hospitals, imaging centers, clinics and private practice physicians throughout the United States and in many other countries around the world. KONICA MINOLTA is recognized as an innovator and leader in the medical imaging field.

5.      Since at least as early as November 28, 2010, KONICA MINOLTA has continuously used in commerce in the U.S. the trademark AERODR ("AERODR Mark") to identify the source of its range of digital radiography solutions.  The AERODR digital radiography solutions include wireless flat panel detectors and x-ray systems.

6.      By any measure, KONICA MINOLTA's AERODR digital radiography systems have been a successful product for KONICA MINOLTA.  AERODR digital radiography systems have earned significant revenue for KONICA MINOLTA from sales in the U.S.

7.      As a result of this continuous and successful use, the AERODR Mark has developed a large amount of goodwill in the U.S. and has become an invaluable indicator of the

2

source of KONICA MINOLTA's goods.  AERODR is a distinctive mark when used in connection with KONICA MINOLTA's digital radiography products.

8.      KONICA MINOLTA owns a federal trademark registration for AERODR, Reg. No. 4,086,414 ("AERODR Registration").  Attached as Exhibit 1 is a copy of the registration certificate for the AERODR Registration.  The mark registered on January 17, 2012.  The goods identified in the AERODR Registration include "digital radiograph system for medical use."

9.      The AERODR Registration is valid, subsisting and in full force and effect.  The AERODR Registration certificate is *prima facie* evidence of the validity of the AERODR Mark, and of KONICA MIINOLTA's exclusive right to use the AERODR Mark in commerce in connection with the goods identified in the registration certificate.  15 U.S.C. § 1115.  Pursuant to 15 U.S.C. § 1072, ICRCO has constructive notice of KONICA MINOLTA's claim of ownership of the AERODR Mark.

**ICRCO AND ITS USE OF AIRDR AND AIRDRC**

10.      Upon information and belief, ICRCO manufactures goods for use in the field of digital imaging, particularly medical imaging systems.  ICRCO has a range of hardware and software digital imaging solutions primarily for use in the healthcare industry.

11.      Long after KONICA MINOLTA's first use in the U.S. of the AERODR Mark, and long after KONICA MINOLTA's filing of its application in the U.S. to register its AERODR Mark, ICRCO commenced use of AIRDR and AIRDRC as trademarks in connection with medical imaging products.

12.      ICRCO's AIRDR and AIRDRC products include wireless flat panel medical imaging devices and digital radiography systems.  ICRCO has promoted the AIRDR product as "the next generation of Flat Panel digital radiographic systems," and the AIRDRC as a "flat-panel DR for today's healthcare professional."

13.      ICRCO's AIRDR and AIRDRC products directly compete with KONICA MINOLTA's AERODR products.

3

## KONICA MINOLTA'S CONTACTS WITH ICRCO

14.     On April 7, 2014, KONICA MINOLTA complained to ICRCO about the use of the AIRDR and AIRDRC marks.  (A copy of the April 7, 2014, letter is attached as Exhibit 2.) ICRCO responded to KONICA MINOLTA, and the parties attempted to negotiate an amicable resolution.

15.     On July 25, 2014 KONICA MINOLTA provided settlement terms the majority of which were apparently acceptable to ICRCO.  After continued communications did not resolve the dispute, a business executive from KONICA MINOLTA contacted ICRCO directly via e-mail on October 27, 2014.  However, this overture was not successful, and KONICA MINOLTA has concluded that it has no practical choice but to file this action.

16.     ICRCO's continued sale of medical imaging products under the AIRDR and AIRDRC marks is damaging to KONICA MINOLTA.  Relevant customers and users of medical imaging products are likely to mistakenly believe that the AIRDR and AIRDRC medical imaging products are manufactured by, authorized by, or somehow affiliated with the producer of the AERODR medical imaging goods when that is not the case.

17.     ICRCO's use of the AIRDR and AIRDRC marks is likely to confuse consumers. ICRCO is attempting to improperly ride on KONICA MINOLTA's coattails and capitalize on the success of the AERODR medical imaging products by using a very similar trademark.  The AERODR, AIRDR and AIRDRC trademarks are visually very similar, have similar sounds and similar commercial impressions.

18.     Because of the highly similar trademark, relevant customers and users of medical imaging products are likely to mistakenly believe that the AIRDR and AIRDRC medical imaging products are associated with, sponsored by, or somehow connected with KONICA MINOLTA or AERODR, all to Plaintiff's detriment.

19.     As a result of ICRCO's actions, KONICA MINOLTA has suffered irreparable injury and harm and will continue to do so if ICRCO is not immediately restrained by this Court

3342712-1

from further violation of the rights alleged herein.   KONICA MINOLTA has no adequate remedy at law.

## COUNT I – FEDERAL TRADEMARK INFRINGEMENT

20.     Plaintiff repeats and realleges each and every allegation of Paragraphs 1 through 19 above as if herein set forth at length.

21.     As its first ground of relief, KONICA MINOLTA alleges federal trademark infringement.   KONICA MINOLTA alleges that the AIRDR and AIRDRC marks infringe KONICA MINOLTA's rights in its federally registered AERODR Mark.

22.     ICRCO's sale of medical imaging goods under the AIRDR and AIRDRC marks, as hereinabove pleaded, is likely to cause confusion, mistake and/or deception among the relevant public, including purchasers, users and other customers, as to the affiliation, connection or association between the AIRDR and AIRDRC medical imaging goods and those of KONICA MINOLTA, and/or mislead the public into thinking that KONICA MINOLTA is the origin of, or has sponsored or approved of ICRCO's products and/or commercial activities.   ICRCO's actions irreparably harm the value of KONICA MINOLTA's AERODR Mark and injure KONICA MINOLTA's reputation and goodwill.

23.     ICRCO's actions, as described above, are likely to cause confusion, or to cause mistake or to deceive customers and users as to the origin, sponsorship or approval of ICRCO's products in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

24.     ICRCO created, adopted and used in commerce the confusingly similar AIRDR and AIRDRC marks with full knowledge of KONICA MINOLTA's rights in its AERODR Mark.   The sale and promotion of medical imaging products under the AERODR Mark has been made in bad faith and with a willful and deliberate intent to pass off its medical imaging products as those of KONICA MINOLTA and trade on the significant goodwill developed in the AERODR Mark.   In view of the willful nature of ICRCO's activities, this is an exceptional case within the meaning of 15 U.S.C. § 1117(a).

25.     Unless restrained by this Court, ICRCO will continue to engage in its scheme to violate the longstanding rights of KONICA MINOLTA, to mislead the public, and to trade upon

and injure KONICA MINOLTA's reputation and goodwill.   ICRCO's infringing acts complained of herein have damaged KONICA MINOLTA, have resulted in unjust enrichment to ICRCO, and have caused and will continue to cause, unless enjoined by this Court, substantial and irreparable damage and injury to KONICA MINOLTA and the relevant public, for which damage and injury KONICA MINOLTA has no adequate remedy at law.

**COUNT II – FEDERAL UNFAIR COMPETITION,**

**PASSING OFF AND FALSE DESIGNATION OF ORIGIN**

26.    KONICA MINOLTA repeats and realleges each and every allegation of Paragraphs 1 through 25 above as if herein set forth at length.

27.    As its second ground of relief, KONICA MINOLTA alleges federal unfair competition, passing off and false designation of origin.   KONICA MINOLTA alleges that ICRCO's creation, adoption and use in commerce of the AIRDR and AIRDRC marks unfairly competes with, passes off as, and creates a false designation of origin with the AERODR medical imaging products.

28.    The AIRDR and AIRDRC marks are likely to cause confusion, mistake, and/or deception among the relevant public, including customers and users of the medical imaging products, as to the affiliation, connection, or association between ICRCO and KONICA MINOLTA, and/or mislead the public into thinking that KONICA MINOLTA is the origin of, or has sponsored or approved of, ICRCO's products and/or commercial activities, and thus constitutes trademark infringement, false designation of origin, passing off, and unfair competition in violation of 15 U.S.C. § 1125(a)(1).

29.    The AIRDR and AIRDRC marks are likely to cause confusion, mistake and/or deception among the relevant public, including consumers, as to the affiliation, connection, or association between ICRCO and KONICA MINOLTA, and/or mislead the public into thinking that KONICA MINOLTA is the origin of, or has sponsored or approved of, ICRCO's products and/or commercial activities and thus constitutes unfair competition, false designation of origin, and passing off in violation of 15 U.S.C. § 1125(a)(1).

6

30.     ICRCO created, adopted and used in commerce the confusingly similar AIRDR and AIRDRC marks with full knowledge of KONICA MINOLTA's rights in its AERODR Mark.  The sale and promotion of medical imaging products under the AIRDR and AIRDRC marks has been made in bad faith and with a willful and deliberate intent by ICRCO to pass off its medical imaging products as those of KONICA MINOLTA and trade on the significant goodwill developed in the AERODR Mark.  In view of the willful nature of ICRCO's activities, this is an exceptional case within the meaning of 15 U.S.C. § 1117(a).

31.     Unless restrained by this Court, ICRCO will continue to engage in its scheme to violate the longstanding rights of KONICA MINOLTA, to mislead the public, and to trade upon and injure KONICA MINOLTA's reputation and goodwill.  ICRCO's infringement has damaged KONICA MINOLTA, and has resulted in unjust enrichment to ICRCO, and has caused and will continue to cause, unless enjoined by this Court, substantial and irreparable damage and injury to KONICA MINOLTA and the public, for which damage and injury KONICA MINOLTA has no adequate remedy at law.

**COUNT III – STATE OF NEW JERSEY FALSE DESIGNATION OF ORIGIN**

32.     KONICA MINOLTA repeats and realleges each and every allegation of Paragraphs 1 through 31 above as if herein set forth at length.

33.     As its third ground of relief, KONICA MINOLTA alleges false designation of origin under the laws of the State of New Jersey.  KONICA MINOLTA alleges that ICRCO's creation, adoption and use in commerce of the AIRDR and AIRDRC marks unfairly compete with and create a false designation of origin with the AERODR Mark.

34.     ICRCO has willfully, knowingly, and without KONICA MINOLTA's authorization, manufactured, promoted, advertised, sold and offered for sale goods that infringe the AERODR Mark, created confusion in the marketplace and harmed the goodwill KONICA MINOLTA has developed in the AERODR Mark.

35.     ICRCO's use of the AIRDR and AIRDRC marks is likely to cause confusion, or to cause mistake or to deceive customers and users as to the origin, sponsorship or approval of

7

ICRCO's products and related commercial activities.  ICRCO's actions are an unlawful or unfair business act or practice and constitute unfair competition in violation of N.J.S,A. § 56:3-13.16.

36.     ICRCO's acts of false designation of origin have caused KONICA MINOLTA to suffer economic damage, have resulted in unjust enrichment to ICRCO, and have caused and will continue to cause, unless enjoined by this Court, substantial and irreparable damage and injury to KONICA MINOLTA and the public, for which damage and injury KONICA MINOLTA has no adequate remedy at law.

<u>**COUNT IV – STATE OF NEW JERSEY OF UNFAIR COMPETITION**</u>

37.     KONICA MINOLTA repeats and realleges each and every allegation of Paragraphs 1 through 36 above as if herein set forth at length.

38.     As its fourth ground of relief, KONICA MINOLTA alleges unfair competition under the laws of the State of New Jersey.  KONICA MINOLTA alleges that ICRCO's creation, adoption and use in commerce of the AIRDR and AIRDRC marks unfairly compete with and create a false designation of origin with the AERODR Mark.

39.     ICRCO has willfully, knowingly, and without KONICA MINOLTA's authorization, manufactured, promoted, advertised, sold and offered for sale goods that infringe the AERODR Mark, created confusion in the marketplace and harmed the goodwill KONICA MINOLTA has developed in the AERODR Mark.

40.     ICRCO's use of the AIRDR and AIRDRC marks is likely to cause confusion, or to cause mistake or to deceive customers and users as to the origin, sponsorship or approval of ICRCO's products and related commercial activities.  ICRCO's actions are an unlawful or unfair business act or practice and constitute unfair competition in violation of N.J.S.A. §§ 56:3-13.16 and 56:4-1.  ICRCO's acts of unfair competition have caused KONICA MINOLTA to suffer economic damage, have resulted in unjust enrichment to ICRCO, and have caused and will continue to cause, unless enjoined by this Court, substantial and irreparable damage and injury to KONICA MINOLTA and the public, for which damage and injury KONICA MINOLTA has no adequate remedy at law.

## COUNT V—STATE OF NEW JERSEY COMMON LAW
## UNFAIR COMPETITION

41.     KONICA MINOLTA repeats and realleges each and every allegation of Paragraphs 1 through 40 above as if herein set forth at length.

42.     As its fifth ground of relief, KONICA MINOLTA alleges unfair competition under the common law of the State of New Jersey.  KONICA MINOLTA alleges that ICRCO's creation, adoption and use in commerce of the AIRDR and AIRDRC marks unfairly competes with KONICA MINOLTA's AERODR Mark.

43.     ICRCO has willfully, knowingly, and without KONICA MINOLTA's authorization, manufactured, promoted, advertised, sold and offered for sale of goods that infringe the AERODR Mark, created confusion in the marketplace and harmed the goodwill KONICA MINOLTA has developed in the AERODR Mark.

44.     ICRCO's use of the AIRDR and AIRDRC marks is likely to cause confusion, or to cause mistake, or to deceive customers and users as to the origin, sponsorship or approval of ICRCO's products and related commercial activities, and constitutes unfair competition in violation of the common law of the State of New Jersey.

45.     ICRCO's acts of unfair competition have caused KONICA MINOLTA to suffer economic damage, have resulted in unjust enrichment to ICRCO, has resulted in the misappropriation of valuable property rights of KONICA MINOLTA, and have caused and will continue to cause, unless enjoined by this Court, substantial and irreparable damage and injury to KONICA MINOLTA and the public, for which damage and injury KONICA MINOLTA has no adequate remedy at law.

## PRAYER FOR RELIEF

**WHEREFORE, PLAINTIFF Demands:**

A.     That ICRCO, together with all of its officers, agents, servants, employees, attorneys, successors, related companies and assigns and its business or businesses, and all those in active concert or participation with them, be forthwith preliminarily and thereafter permanently enjoined and restrained from:

1.     Using, marketing or selling any products in connection with the AIRDR mark, AIRDRC mark or any other mark which is confusingly similar to the AERODR Mark;

2.     Doing any other act or thing (i) likely to induce the mistaken belief that ICRCO's medical imaging products, or any other goods or services are in any way affiliated, connected or associated with KONICA MINOLTA or its goods, services or other products, or (ii) that otherwise would damage KONICA MINOLTA's goodwill and reputation;

3.     Unfairly competing with KONICA MINOLTA in any manner whatsoever; and

4.     Causing a likelihood of confusion with respect to KONICA MINOLTA'S AERODR Mark or injury to the business reputation of KONICA MINOLTA.

B.     That ICRCO be directed to file with the Court and serve upon KONICA MINOLTA within thirty (30) days after issuance of an injunction, a report in writing and under oath setting forth in detail the manner and form in which it has complied with the injunction.

C.     That ICRCO be required to deliver for destruction all of its current inventory of AIRDR and AIRDRC medical imaging products and any other similar or related materials in its possession or control that violate KONICA MINOLTA's rights in the AERODR Mark.

3342712-1

D.     That KONICA MINOLTA be awarded monetary relief in an amount to be fixed by the Court in its discretion as just, including:

        1.     All profits received by ICRCO from sales and revenues of any kind made as a result of its acts of infringement or unfair competition, said amount to be trebled; and

        2.     All damages sustained by KONICA MINOLTA and its related companies as a result of ICRCO's acts of infringement or unfair competition, and that such damages be trebled.

E.     That, because of the exceptional nature of this case resulting from ICRCO's deliberate infringing actions and disregard for KONICA MINOLTA's rights, this Court award to KONICA MINOLTA all reasonable attorneys' fees, costs and disbursements incurred as a result of this action, pursuant to 15 U.S.C. § 1117.

F.     That KONICA MINOLTA shall have such other and further relief as this Court may deem just.


Dated: February 25, 2015        By:    s/_____
                         Liza M. Walsh
                         CONNELL FOLEY LLP
                         85 Livingston Avenue
                         Roseland, New Jersey 07068-1765
                         (973) 535-0500
                         lwalsh@connellfoley.com

                         *Of counsel:*

                         Philip Jones (Illinois Bar Number  6217213)
                         BRINKS GILSON & LIONE
                         NBC Tower - Suite 3600
                         455  N. Cityfront Plaza Drive
                         Chicago, Illinois 60611
                         (312) 321-4200
                         pjones@brinksgilson.com

                         Attorneys for Konica Minolta Inc.

## DEMAND FOR JURY TRIAL

Plaintiff Konica Minolta hereby demands trial of this matter by jury, pursuant to Federal Rule of Civil Procedure 38.

Dated: February 25, 2015        By:     s/_____

                                        Liza M. Walsh
                                        CONNELL FOLEY LLP
                                        85 Livingston Avenue
                                        Roseland, New Jersey 07068-1765
                                        (973) 535-0500
                                        lwalsh@connellfoley.com

*Of counsel:*

Philip Jones (Illinois Bar Number 6217213)
BRINKS GILSON & LIONE
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
(312) 321-4200
pjones@brinksgilson.com

Attorneys for Konica Minolta Inc.

12

3342712-1

## RULE 11.2 CERTIFICATION

I certify that, to the best of my knowledge, the matter in controversy is not the subject of any other pending or anticipated litigation in any court or arbitration proceeding other than the above referenced matter, nor are there any non-parties known to Plaintiff that should be joined to this action.  In addition, I recognize a continuing obligation during the course of this litigation to file and to serve on all other parties and with the Court an amended certification if there is a change in the facts stated in this original certification.

Dated: February 25, 2015                    By:   s/_____
                                                  Liza M. Walsh
                                                  CONNELL FOLEY LLP
                                                  85 Livingston Avenue
                                                  Roseland, New Jersey 07068-1765
                                                  (973) 535-0500
                                                  lwalsh@connellfoley.com

                                                  *Of counsel:*

                                                  Philip Jones (Illinois Bar Number
                                                  6217213)
                                                  BRINKS GILSON & LIONE
                                                  NBC Tower - Suite 3600
                                                  455 N. Cityfront Plaza Drive
                                                  Chicago, Illinois 60611
                                                  (312) 321-4200
                                                  pjones@brinksgilson.com

                                                  Attorneys for Konica Minolta Inc.

3342712-1

**RULE 201.1 CERTIFICATION**

We hereby certify that the above-captioned matter is not subject to compulsory

arbitration in that the Plaintiff seeks, *inter alia*, injunctive relief.


Dated: February 25, 2015         By:     s/_____

                                                 Liza M. Walsh
                                               CONNELL FOLEY LLP
                                               85 Livingston Avenue
                                             Roseland, New Jersey 07068-1765
                                             (973) 535-0500
                                             lwalsh@connellfoley.com

                                             *Of counsel:*

                                             Philip Jones (Illinois Bar Number
                                             6217213)
                                             BRINKS GILSON & LIONE
                                             NBC Tower - Suite 3600
                                             455  N. Cityfront Plaza Drive
                                             Chicago, Illinois 60611
                                             (312) 321-4200
                                             pjones@brinksgilson.com

                                             Attorneys for Konica Minolta Inc.

# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office

# AERODR

**Reg. No. 4,086,414**

**Registered Jan. 17, 2012**

**Amended Sep. 9, 2014**

**Int. Cl.: 10**

**TRADEMARK**

**PRINCIPAL REGISTER**

KONICA MINOLTA, INC. (JAPAN CORPORATION)
2-7-2, MARUNOUCHI
CHIYODA-KU, TOKYO, JAPAN

FOR: X-RAY APPARATUS AND INSTRUMENTS USED FOR MEDICAL DIAGNOSTIC PURPOSES, AND THEIR PERIPHERAL DEVICES, NAMELY, OUTPUT DEVICE OF X-RAY IMAGE FOR MEDICAL USE [, AND LASER IMAGER FOR MEDICAL USE ]; COMPUTED RADIOGRAPH SYSTEM FOR MEDICAL USE; DIGITAL RADIOGRAPH SYSTEM FOR MEDICAL USE [ ; INTENSIFYING SCREENS FOR X-RAY FILMS USED FOR MEDICAL X-RAY APPARATUS ], IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 11-28-2010; IN COMMERCE 11-28-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-189,587, FILED 12-2-2010.



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# EXHIBIT 2

Philip A. Jones
312-321-4727
pjones@brinksgilson.com

**BRINKS**

**GILSON**

**&LIONE**

A Professional Corporation

Intellectual Property
Law Worldwide

April 7, 2014

**Via Facsimile (310) 542-7236 & Federal Express**

President
ICR Company d/b/a iCRco
2580 West 237th Street
Torrance, CA 90505

**Re:   AIRDR & AIRDRC Trademarks**

Dear Sir:

We represent Konica Minolta, Inc. ("Konica Minolta") in trademark matters.

Konica Minolta, through its medical imaging division, is one of the world's leading manufacturers and distributors of digital and traditional imaging products for medical diagnostic use.  Konica Minolta's medical imaging products, including digital radiography systems, are used by hospitals, imaging centers, clinics and private practice physicians.  Konica Minolta is recognized as an innovator and leader in the medical imaging field.

Since at least as early as November 28, 2010, Konica Minolta has continuously used in commerce in the U.S. the mark AERODR to identify the source of its range of digital radiography solutions.  Attached at Tab A is a website printout (http://www.konicaminolta.com/medicalusa/products/dr_solutions) showing current use of the mark.  The AERODR products include wireless flat panel detectors and x-ray systems.  Konica Minolta has earned significant revenue from the sale of the AERODR products in the U.S.

As a result of this continuous and successful use, the AERODR mark has developed a large amount of goodwill in the U.S. and has become an invaluable indicator of the source of Konica Minolta's goods.  Konica Minolta owns a federal trademark registration for AERODR, Reg. No. 4,086,414 ("AERODR Registration").  Attached at Tab B is a copy of the registration certificate for the AERODR Registration.  The goods identified in the AERODR Registration include "digital radiograph system for medical use."  The AERODR Registration is valid, subsisting and in full force and effect.

It has come to Konica Minolta's attention that ICRCO offers for sale competing medical digital radiographic imaging systems under the marks AIRDR and AIRDRC.  Attached at Tab C is a printout from your company's website discussing the AIRDR and AIRDRC products.  The website describes the AIRDR as "the next generation of Flat Panel digital radiography systems," and the AIRDRC as a "flat-panel DR for today's healthcare professional."

President
ICR Company d/b/a iCRco
April 7, 2014
Page 2

Konica Minolta is greatly concerned that the relevant customers and users who encounter the
AIRDR and AIRDRC digital radiographic systems will mistakenly believe that there is some
association, sponsorship or relationship between AERODR digital radiographic systems and
AIRDR or AIRDRC digital radiographic systems, when this is not the case. We believe the
marks are confusingly similar -- the spelling of the first element is very similar and conveys a
similar commercial impression. Indeed, AERO and AIR are often used interchangeably in the
English language to convey a similar meaning (e.g., "aeroplane" and "airplane"). Since the
goods appear to be very similar and directed to the same type of potential purchaser, we believe
that confusion is quite likely.

Konica Minolta believes that ICRCO's actions are likely to cause consumer confusion, and may
constitute trademark infringement in violation of the federal Lanham Act and related state laws.
Violations under these laws could expose ICRCO to monetary damages, disgorgement of profits,
injunctive relief and the payment of Konica Minolta's attorney fees.

However, Konica Minolta would like to resolve this matter amicably, if possible. Konica
Minolta therefore requests that ICRCO agree in writing to cease all use of the AIRDR and
AIRDRC marks. Konica Minolta is willing to allow ICRCO a short phase out period to
transition from AIRDR and AIRDRC to new marks which must not be similar to AERODR.

Konica Minolta takes this matter very seriously. Accordingly, it requests that you provide us
with confirmation that you will comply with these requests within 2 weeks from date of this
letter.

Sincerely,

Philip A. Jones

PAJ/jmm
enclosure

A

 KONICA MINOLTA    Medical Imaging

Giving Shape to Ideas

🌐 Global  📄 USA   Search

Home | **Products** | Download | Video Download | Service & System | Contact | About Us | News

Home > Products > DR Solutions

## DR Solutions

> DR Solutions
> CR Solutions
> Ultrasound
> Digital Mammography
> Laser Imagers
> Film Processors
> Film Products
> Blue Moon Lifecycle Products



*AeroDR*
WIRELESS DIGITAL RADIOGRAPHY SOLUTION

**Contact us**



📧 Product Inquiry

📄 Catalog Download

📍 Where to buy

Follow Us

 f in 🐦 ▶

---

### ▶ Aero DR



Aero DR is the easiest way to Achieve Digital workflow.

Faster, More Flexible and More Intelligent, with the highest
Quality and Reliability!

### ▶ Aero DR Portable Solution



Konica Minolta's new portable upgrade kit efficiently turns your current portable x-ray system into a digital wireless solution.

### ▶ ImagePilot Aero



By combining the simple to operate ImagePilot workstation with the flexible Aero DR wireless panel, Konica Minolta has created an all-in-one DR solution that can improve patient care with high image quality and dose efficiency.

### ▶ Aero DR 17×17 inch flat panel detector



Konica Minolta introduces the newest member of the Aero DR family,
a wireless cassette 17×17 inch flat panel detector (FPD),
that delivers wide view range.

* World's Lightest Weight (including battery)
14"x17": 2.9kg / 17"x17": 3.6kg
* Energy Conservation Design:16hr Stand-by time

### ▶ Aero DR X70



Konica Minolta's versatile Aero DR X70 X-ray system with tilting wall stand and table bucky provides you with a flexible, high quality digital X-ray imaging solution.
Aero DR X70 has a seamless integration with the X-ray generator and your hospital or radiology information system.
Also console CS-7 newly developed for Aero DR taking advantage of Aero DR's characteristics, an intuitive, simple, and smart operation platform has been implemented.

### ▶ Aero DR 10 x 12 inch flat panel detector



Konica Minolta introduces the newest member of the Aero DR family,
a wireless 10 x 12 inch flat panel detector (FPD) to right size your imaging solutions.

### 🔲 Aero DR Auto-stitching System



Introducing a unique auto-stitching system with the Aero DR flat panel detector for high image quality and excellent workflow that is applicable to any X-ray system. In general, existing DR stitching process requires the patient to remain still for extended periods of time. However, using the Aero DR Auto-Stitching System allows studies to be performed in much less time due to the automatic movement of the detector and specialized slit combination.

### 🔲 X-ray auto detection mode



AeroSync ®, a new x-ray exposure synchronization technology, requires no cable connections to the x-ray generator. Image capture automatically begins when the Aero DR senses the x-ray exposure. This technology is available in Konica Minolta's wireless cassette DR system, Aero DR®.

---

**Inquiry about This Product**



**Product Inquiry**
Thank you for your interest in our products. Please contact us using the web form from the above link if you have any inquiries about our products.

^ Back to top

---

**Products**
› DR Solutions
› CR Solutions
› Ultrasound
› Digital Mammography
› Laser Imagers
› Film Processors
› Film Products
› Blue Moon Lifecycle Products

**Download**
› Technical Documents
› Spanish/Portuguese Brochures
› Brochure Download

**Video Download**
› Hahnemann CR Video
› Crossing The Digital Divide
› Physician's Market-Darkroom To Digital
› Veterinary Market-Crossing The Digital Divide
› Veterinary Market-Darkroom To Digital

**Service & System**
› Sales and Marketing Information Portal
› Service Support System
› National Tech Support
› Professional Services
› Service Programs

**Contact**
› Business Partners
› Provide Feedback
› Regional Sales Map
› Human Resources

**About Us**
› Mission Statement
› Message from the President
› Konica Minolta Medical Imaging USA, Inc.
› Where to buy

---

› Terms of Use   › Sitemap

Global Site :   › Corporate Information   › Sustainability

©2012 Konica Minolta Medical Imaging U.S.A., Inc.



KONICA MINOLTA   Medical Imaging

Giving Shape to Ideas

Global | USA   Search

Home | Products | Download | Video Download | Service & System | Contact | About Us | News

Home > Products > DR Solutions > Aero DR

- ☑ DR Solutions
- › Aero DR
- › Aero DR Portable Solution
- › ImagePilot Aero
- › Aero DR 17x17 inch flat panel detector
- › Aero DR X70
- › Aero DR 10 x 12 inch flat panel detector
- › Aero DR Auto-stitching System
- › X-ray auto detection mode

# Aero DR

Aero DR is the easiest way to Achieve Digital workflow.

Faster, More Flexible and More Intelligent, with the highest Quality and Reliability!




**Contact us**

- Product Inquiry
- Catalog Download
- Where to buy

Follow Us



[▶ Overview] [▶ Feature] [▶ Spec]







☑ Overview  |  ☑ Feature  |  ☑ Spec

**Inquiry about This Product**

**Product Inquiry**
Thank you for your interest in our products. Please contact us using the web form from the above link if you have any inquiries about our products.

^ Back to top

| Products | Download | Service & System | About Us |
|---|---|---|---|
| › DR Solutions | › Technical Documents | › Sales and Marketing Information Portal | › Mission Statement |
| › CR Solutions | › Spanish/Portuguese Brochures | › Service Support System | › Message from the President |
| › Ultrasound | › Brochure Download | › National Tech Support | › Konica Minolta Medical Imaging USA, Inc. |
| › Digital Mammography | **Video Download** | › Professional Services | › Where to buy |
| › Laser Imagers | › Hahnemann CR Video | › Service Programs | |
| › Film Processors | › Crossing The Digital Divide | **Contact** | |
| › Film Products | › Physician's Market-Darkroom To Digital | › Business Partners | |
| › Blue Moon Lifecycle Products | › Veterinary Market-Crossing The Digital Divide | › Provide Feedback | |
| | › Veterinary Market-Darkroom To Digital | › Regional Sales Map | |
| | | › Human Resources | |

› Terms of Use   › Sitemap

Global Site :   › Corporate Information   › Sustainability

©2012 Konica Minolta Medical Imaging U.S.A., Inc.

**B**

# United States of America

## United States Patent and Trademark Office

# AERODR

**Reg. No. 4,086,414**

**Registered Jan. 17, 2012**

**Int. Cl.: 10**

**TRADEMARK**

**PRINCIPAL REGISTER**

KONICA MINOLTA MEDICAL & GRAPHIC, INC. (JAPAN CORPORATION)
1 SAKURA-MACHI
HINO, TOKYO, JAPAN

FOR: X-RAY APPARATUS AND INSTRUMENTS USED FOR MEDICAL DIAGNOSTIC PURPOSES, AND THEIR PERIPHERAL DEVICES, NAMELY, OUTPUT DEVICE OF X-RAY IMAGE FOR MEDICAL USE, AND LASER IMAGER FOR MEDICAL USE; COMPUTED RADIOGRAPH SYSTEM FOR MEDICAL USE; DIGITAL RADIOGRAPH SYSTEM FOR MEDICAL USE; INTENSIFYING SCREENS FOR X-RAY FILMS USED FOR MEDICAL X-RAY APPARATUS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 11-28-2010; IN COMMERCE 11-28-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-189,587, FILED 12-2-2010.

DEBRA LEE, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

C



iCRco | Image Capture Review

Main Office : 310-921-955

Home   Products   Solutions   Technology   Company   Support   Military   Events   Contact Us   Account     Search...

Products >> Direct Digital Radiography >> AirDR

**AIR DR**

# Lightest, Toughest, Wireles

- Multi-Room Configurations
- Lightest Wireless Flat Panel DR
- No Hassle Integration Into Existing X-ray Room

Video   Brochure   Get Started

# Air DR
## Wireless Flat Panel Detector





Advance forward with the latest detector technology. Introducing the Air DR – the next generation of Flat Panel digital radiographic systems. Rugged and reliable, the Air DR is the lightest and thinnest panel available, backed by powerful image acquisition software. The Flat Panel Detector utilizes a low-power WiFi connection to transmit images, allowing you the freedom to capture difficult or unusual x-ray projections. Use only the best with the Air DR.

  

3 SEC PREVIEW TIME   148 MICRONS   6 POUNDS

## Technology

### Powered by ICE-2

ICE-2 is the next generation of image processing. We upgraded our processing algorithm to enhance visuals, maximize resolution, and offer advanced evaluation tools for image manipulation. Our automatic image processing package increases visualization of fine-line detail and soft-tissue contrast. The Smart Smoothing™ technology improves image quality while preserving diagnostic detail for thicker body parts.

### Specifications

Weighing in at only six pounds, the AirDR is the lightest digital radiographic system you can find. Its thin frame and wireless capabilities allows you to integrate it seamlessly into new or existing x-ray rooms. Utilizing advanced acquisition software, the AirDR allows you to achieve amazing workflow and save valuable time.

## Detector

The Air DR utilizes an integrated and portable Flat Panel Detector. The detector transmits images to the acquisition station through a WiFi connection, eliminating the need for a hard wire. If WiFi is unavailable, a back-up cable connection can be used. Powered by a Cesium Iodide Scintillator, the detector delivers high-resolution images at the lowest possible dose.



| Air DR Technical Specifications | |
| --- | --- |
| Technology | Pixium© CsI coupled to TFT matrix aSI technology |
| Pixel size | 148 μm |
| X-ray sensitive area | ~ 35 x 43 cm |
| Maximum x-ray dose | 75 μGy |
| Maximum linear dose | 50 μGy |
| X-ray generator voltage range | 40 – 150 KV |
| DQE @ 0 lp/mm | 66 % |
| AD conversion | 16 bits |
| High-resolution image display | < 10 seconds, Preview in 3 seconds |
| Battery operating time | Up to 8 hours |

| XC™ Features |
| --- |
| Includes XC - intuitive touch screen capable acquisition software |
| Smart scanning: manipulate acquired images while additional cassettes are being scanned |
| ICE2 image processing: further manipulate images to your preference, automatically applies proper algorithms for an anatomy |

| Interfaces | |
| --- | --- |
| Wireless connection | WIFI |
| Communications interface | Ethernet |
| DC input voltage | 12 V |

| Mechanical Characteristics | |
| --- | --- |
| Dimensions | ISO 4090 Cassette size. Image size of: 35x43cm |
| Weight | 2.8 kg (including battery) |

| Accessories | |
| --- | --- |
| Grid frame | Yes |
| Battery Charger | Yes, up to 3 batteries simultaneously |

| | |
| --- | --- |
| Smart search, sort, and filter options | |
| Integration with front office management systems like RIS and EMR | |
| Full set of annotation and measurement tools | |
| User-preferred settings and privileges | |

## Cable and Connector Board

The AirDR connector and cable board lets the user know about wireless connectivity, infared LED, battery life, and detector status. The power switch is located alongside the magnetic strip and connects the charging cable as needed for fast and easy recharging.





## Battery and Charging Dock

The AirDR panel comes with removable battery and charging dock equipped with three slots for multi-charging capability. The charging dock is incredibly small, lightweight, and easy to use. Simply place the battery into one of the three slots available and charge up to 3 batteries simultaneously. The battery holds an eight hour charge and can take up to 200 images before recharging.

# Downloads





AiRDR - Wireless Flat Panel Detector



Promo Video



Download Brochure



# Get Started!

Contact an iCRco Representative Today!



## Related Products



**Fusion DR Mobile**
Integrated Flat Panel Detector and X-ray
generator mobile system specifically
designed for harsh emergency and
disaster response environments.

**Read More...**



**Vmotion Upgrade**
Digital conversion kit single-plate
scanner that attaches to GE AMX 4 and
4+ portable x-ray machines.

**Read More...**



**Vmotion All-in-One**
CR-based portable X-ray system with
multiple generator control settings and
force-sensor feedback

**Read More...**

Latest News

iCRco to Join Exhibitors at 2014 American Academy of
Orthopaedic Surgeons

iCRco's ClarityViewer Receives 510(k) Clearance for

Other Menu

Home Page

Search Form

Login Form

Company Info



Mammography Use

iCRco to Exhibit at 2014 European Congress of Radiology

iCRco to Showcase Complete Chiropractic Solutions at 2014
Florida Chiropractic Physician Association Conference

iCRco Announces Enhanced Air DRc Wired DR Panel

iCRco receives license to distribute CR systems in Canada

2580 West 237th Street
Torrance, CA 90505

Phone (310) 921-9559
Fax (310) 542-7236
Mon - Fri
8am - 6pm PST